JS-6



FILED
CLERK, U.S. DISTRICT COURT
March 13, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON COCHERELL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, HUMBERTO INZUNZA, NOE RAMOS and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: CV16-9101 SJO (JEMx)<br><br>**JUDGMENT DISMISSING ACTION WITH PREJUDICE** |

　　　　On January 25, 2018, this Court issued an order on the motion for summary judgment (Dkt. 42) and motion to dismiss (Dkt. 43) filed by the defendants in the above-entitled matter. See 1/25/18 Order, Dkt. 53. A copy of that order is attached hereto as Exhibit 1 and incorporated herein by this reference. In that order, the Court granted the defendants' motion to dismiss without prejudice and denied the motion for summary judgment as moot. Id. The Court further indicated that, "Plaintiff may file a new complaint within thirty (30) days of the issuance of this Order." Id. Over thirty days have elapsed since that Order and plaintiff has not filed a new complaint. Therefore,

///

- 1 -

[Proposed] JUDGMENT DISMISSING ACTION WITH PREJUDICE

| | |
|---|---|
| 1 | IT IS ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of Defendants County of Los Angeles, Deputy Noe Ramos and Deputy Humberto Inzunza, and against Plaintiff Jameson Cocherell, pursuant to the Court's January 25, 2018, Order, and that this entire action is dismissed, with prejudice. |

IT IS ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of Defendants County of Los Angeles, Deputy Noe Ramos and Deputy Humberto Inzunza, and against Plaintiff Jameson Cocherell, pursuant to the Court's January 25, 2018, Order, and that this entire action is dismissed, with prejudice.

Defendant shall recover their costs of suit and interest incurred herein, as provided by law.

DATED: 3/13/18

*S. James Otero*
_____
Honorable S. James Otero
United States District Court Judge